FILED

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0126

STATE OF MONTANA,                    )
                                     )
          Plaintiff/Appellees,       )
                                     )
     vs.                             )          **ORDER FOR**
                                     )          **ADDITIONAL TIME FOR**
                                     )          **FILING OPENING BRIEF**
CHARLEE BLAYLOCK,                    )
                                     )
          Defendant/Appellant.       )

Upon review of the Defendant/Appellant First Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from the original due date to file their Opening Brief. Defendant/Appellant Opening Brief will be due June 20, 2021.

cc: Jami Rebsom
    Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2021